UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:20-cr-119

vs.

ALEJANDRO DANIEL, JR.,                  District Judge Michael J. Newman
                                                                Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 41)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 41.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in the indictment currently pending against him, specifically conspiracy to possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. § § 846, 841(a)(1), and 841(b)(1)(A).  Doc. No. 15.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **APRIL 26, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

January 24, 2022                                                          /s Michael J. Newman
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge